UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CATHERINE RAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case no. 1:20-cv-02973-TWP-MPB ) |
| MADISON COUNTY, MADISON COUNTY SHERIFF'S OFFICE, MADISON COUNTY COMMISSIONER'S OFFICE, and MADISON COUNTY COUNCIL, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Come now the parties hereto, by counsel, and stipulate and agree that this action should be dismissed, with prejudice, with each party to bear its own costs and fees.

Respectfully submitted:

**Catherine Ray, Plaintiff**

**By:** */s/ Nikki G. Gray*
Nikki G. Gray
Indiana Disability Rights
4701 North Keystone Avenue, Suite 222
Indianapolis, Indiana 46205

**Madison County, Madison County Sheriff's Office, Madison County Commissioner's Office, and Madison County Council, Defendants**

**By:** *John V. Maurovich*
John V. Maurovich
Coots, Henke & Wheeler, P.C.
255 E Carmel Drive
Carmel, IN 46032